**Dismissed and Opinion Filed May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00658-CV

**BARBARA WARD AND ALL OTHER OCCUPANTS, Appellants**
**V.**
**PC VILLAGE APTS DALLAS LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02044-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated November 4, 2014, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tᴇх. R. Aᴘᴘ. P. 38.8(a)(1); 42.3(b)(c).


140658F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BARBARA WARD AND ALL OTHER
OCCUPANTS, Appellants

No. 05-14-00658-CV         V.

PC VILLAGE APTS DALLAS LP,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-02044-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PC VILLAGE APTS DALLAS LP recover its costs of this appeal from appellants BARBARA WARD AND ALL OTHER OCCUPANTS.

Judgment entered May 5, 2015.